JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL V. NORMANDIA,<br><br>  Petitioner,<br><br>  v.<br><br>LOUIS MILUSNIC, et al.,<br><br>  Respondents. | Case No. 2:22-08205 DMG (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing the Emergency Motion for Immediate Release Pursuant to Title 28 U.S.C. § 2241 Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice.

DATED: November 23, 2022

_____
DOLLY M. GEE
United States District Judge